FLORENCE BOYLE, by next friend, complainant-respondent,

*v.*

JOHN BOYLE, defendant-appellant.

[Argued November 20th, 1908. Decided March 1st, 1909.]

On appeal from a decree of the former chancellor advised by Vice-Chancellor Howell, whose opinion is reported in *67 Atl. Rep. 690.*

*Mr. Spaulding Frazer* (with whom were *Messrs. Riker & Riker*), for the appellant.

*Mr. Thomas S. Henry,* for the respondent.

Maxwell *v.* Leichtman.　　　　　75 *Eq.*

PER CURIAM.

The decree under review herein will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Howell.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL—15.

*For reversal*—None.